# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUCAS SEBASTIAN,

        Plaintiff,

v.                                  Case No:   6:25-cv-337-PGB-LHP

ALLEN TEMIZ and STEPHEN
DELEONARDIS,

        Defendants

_____

## ORDER
### (And Direction to Clerk of Court)

Before the Court is Defendant Allen Temiz's Motion for Removing Exhibit (D.E. 10-1) and Replacing it With a Redacted Copy.   Doc. No. 16.   Defendant seeks to replace an exhibit filed with a motion for sanctions that included Plaintiff's full passport number (Doc. No. 10-1), and seeks to have it replaced with an exhibit redacting the passport number (Doc. No. 16-1).   *Id.*   Upon review, the Court finds the motion well taken.   *See, e.g., Andersen v. N. Shore Long Island Jewish Healthcare Sys.'s Zucker Hillside Hosp.*, No. 12-CV-1049 JFB ETB, 2013 WL 784344, at *4 (E.D.N.Y. Mar. 1, 2013) (allowing redaction of passport number).   Accordingly, Defendant's motion (Doc. No. 16) is **GRANTED**.   The **Clerk of Court** is

**DIRECTED** to remove docket entry 10-1 from the docket, and replace it with the exhibit filed at docket entry 16-1.

Also before the Court is Plaintiff's Motion for Sanctions Against Attorney Bradley Crocker (Doc. No. 15), which is premised on the filing of the exhibit. Given that the Court will permit the redaction, the motion seems at least partially moot. And otherwise, the filing fails to comply with the Local Rules, for failure to include a memorandum of legal authority as required by Local Rule 3.01(a) and for failure to include Defendant's position on the motion as required by Local Rule 3.01(g). Doc. No. 15. Accordingly, Plaintiff's motion (Doc. No. 15) is **DENIED without prejudice**.

DONE and **ORDERED** in Orlando, Florida on May 29, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties